APPEARANCE FORM F 14CV7981
DISTRICT COURT FOR THE NOI JUDGE HOLDERMAN
MAG/ JUDGE MASON

Information entered on this form is required for
party (that is, without an attorney).

**NAME:** Adana R. Finch
(Please print)

**STREET ADDRESS:** P.O. Box 95525

**CITY/STATE/ZIP:** Hoffman Estates IL, 60195

**PHONE NUMBER:** (847) 915-2298

**CASE NUMBER:**

_Adana R. Finch_ (Signature)    10/14/2014 (Date)

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address
(Please Print Clearly)

FILED
OCT 1 4 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Updated 03/26/14