## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Adana R. Finch

                              Plaintiff,

v.                                               Case No.: 1:14–cv–07981
                                                      Honorable John J. Tharp Jr.

Corelogic/Safe Rent, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 20, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held. Kathy Byrne's Renewed Motion to Withdraw [66] is granted for reasons stated on the record. Plaintiff's Motions To Alter or Amend Judgment [62] and Rule 60(3) Relief From Judgment Or Order [64] are taken under advisement. The court will rule via CM/ECF notice and set further dates as appropriate. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.